**Terry S. GILMORE, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART,\* Commissioner of Social Security, Defendant–Appellee.**

No. 00–16244.

D.C. No. CV–99–797–SMM.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2001.\*\*

Decided Dec. 27, 2001.

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

MEMORANDUM \*\*\*

Terry Gilmore appeals the district court's order reversing the Administrative Law Judge's ("ALJ") denial of disability benefits and remanding for further proceedings. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion the district court's decision to remand for further proceedings rather than for immediate payment of ben-

efits, *Harman v. Apfel*, 211 F.3d 1172, 1173 (9th Cir.2000), and we affirm.

Gilmore contends that the district court abused its discretion by remanding for further proceedings instead of granting benefits. She contends that if her testimony or the medical source opinions are credited, the record supports a finding of disability, and remand for payment of benefits is required.

We conclude that because there are discrepancies and contradictions in the medical record and issues that must be resolved, remand for further proceedings was appropriate and was not an abuse of discretion. *See id.* at 1180.

**AFFIRMED.**

**Victor PALOMINO, Plaintiff–Appellant,**

v.

**Thomas A. THINNES, an individual; Thomas A. Thinnes, P.A., Defendants–Appellees.**

No. 00–16311.

D.C. No. CV–98–01596–PGR(LOA).

United States Court of Appeals, Ninth Circuit.

---

\* Jo Anne B. Barnhart is substituted for her predecessor, Kenneth S. Apfel, as Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

Submitted Dec. 17, 2001.*

Decided Dec. 27, 2001.

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

MEMORANDUM **

Victor Palomino, an Arizona state prisoner, appeals pro se the district court's order dismissing for lack of subject matter jurisdiction his malpractice action against attorney Thomas Thinnes. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the question of subject matter jurisdiction de novo, *Kruso v. Int'l Tel. & Tel. Corp.,* 872 F.2d 1416, 1421 (9th Cir.1989), and we review the district court's factual determination of domicile for clear error, *Lew v. Moss,* 797 F.2d 747, 750 (9th Cir. 1986). We affirm.

The sole basis for subject matter jurisdiction in this action is diversity of citizenship. The district court did not err in its determination that Palomino is not a citizen of Nevada. Therefore, we affirm the district court's dismissal for lack of subject matter jurisdiction.

Appellees' September 14, 2001, motion for an extension of time to correct brief

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

deficiencies is granted. The brief received August 29, 2001 shall be filed.

**AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark E. JOHNSON, Defendant– Appellant.**

**No. 00–16551.**

**D.C. Nos. CV–00–05250–MDC, CR–95–05210–MDC.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Dec. 27, 2001.

Before SCHROEDER, Chief Judge, and TROTT and PAEZ, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.